Case 7:17-cv-00327   Document 27   Filed on 07/13/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 13, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-327 |
| | § | |
| KINSALE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

# **FINAL JUDGMENT**

For the reasons stated in this Court's opinion and order of July 12, 2018,[1] Plaintiff's claims against Defendant having been **DISMISSED WITH PREJUDICE**, the Court hereby enters this final judgment.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 13th day of July, 2018.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 26.